WAWD – Certificate of Services (Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Christopher C. Johnson

Plaintiff(s),

v.

Harvest Strategy Group Inc.

Defendant(s).

CASE NO. 3:23-cv-05429-JCC

CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Certified Mail #9414 8118 7876 5428 1254 45

Harvest Strategy Group Inc.
160 Inverness Dr. W STE 200
Englewood, CO 80112

Dated: 5-31-2023

_____
(Sign or use a "s/" and your name

Christopher C. Johnson
5613 121st Street Court E #1
Puyallup, WA 98373
206-731-2202

Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1